IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| DELILAH MURPHY,[1] | § | |
| | § | No. 342, 2021 |
| Respondent Below, | § | |
| Appellant, | § | Court Below—Family Court |
| | § | of the State of Delaware |
| v. | § | |
| | § | File No: CK 19-03008 |
| MARK MURPHY, | § | Pet. No. 20-02203 |
| | § | |
| Petitioner Below, | § | |
| Appellee. | § | |

Submitted: December 28, 2022
Decided: January 4, 2023

Before **VALIHURA**, **VAUGHN**, and **TRAYNOR**, Justices.

## ORDER

This 4th day of January 2023, it appears to the Court that:

(1) The appellant has indicated that she no longer desires to pursue this appeal, in light of the Family Court's orders following remand.

(2) By Order dated December 14, 2022, the Court directed the appellee to show cause by December 23, 2022, why the appeal should not be dismissed. Because the Court was closed on December 23, 2022, the deadline was extended to December 27, 2022. To date, the appellee has not responded to the Court's order to show cause.

---

[1] The Court previously assigned pseudonyms to the parties under Supreme Court Rule 7(d).

NOW, THEREFORE, IT IS ORDERED that this appeal be dismissed as moot.

BY THE COURT:

*/s/ Gary F. Traynor*
Justice